A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ELLIOTTE P. COLEMAN

        Plaintiff(s)

vs.

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS

        Defendant(s)

**APPEARANCE**

CASE NUMBER    05-1206 RCL

To the Clerk of this court and all parties of record:

Please enter the appearance of  Robert D. Kurnick  as counsel in this
(Attorney's Name)

case for: International Brotherhood of Electrical Workers
(Name of party or parties)

August 16, 2005
Date

D.C. Bar No. 243683
BAR IDENTIFICATION

*[Signature: Robert D Kurnick]*
Signature

Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
Robert D. Kurnick
Print Name

900 7th St., N.W. Suite 1000
Address

Washington, D.C. 20001
City        State        Zip Code

(202) 785-9300
Phone Number