# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELLIOTTE PARTICK COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:05CV01206 |
| INTERNATIONAL BROTHERHOOD | ) | |
| OF ELECTRICAL WORKERS, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

## DEFENDANT INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' MOTION FOR EXTENSION OF TIME TO ANSWER OR MOVE

Defendant International Brotherhood of Electrical Workers ("IBEW") hereby requests an extension of time to file either an answer or motion in response to the plaintiff's complaint. The IBEW is seeking this extension because the undersigned attorney has received a telephone call from the pro se plaintiff stating that he intends to file a substantially revised amended complaint sometime in the next several days. An answer or motion filed at this time would therefore waste the time and resources of both the Court and the parties.

The IBEW requests an extension of time until thirty days after an amended complaint is filed. I have discussed this request with the plaintiff, who stated that he does not object to it.

A proposed order is attached to this motion.

    /s/ Robert D. Kurnick
Robert D. Kurnick
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
900 Seventh Street, N.W., Suit 1000
Washington, D.C. 20001
(202) 785-9300

Attorney for Defendant International
Brotherhood of Electrical Workers

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of August 2005 I have mailed a copy of the foregoing Defendant International Brotherhood of Electrical Workers' Motion for Extension of Time to Answer or Move to:

Elliotte Patrick Coleman
2730 Knox Terrace, S.E.
Washington D.C. 20020

      /s/ Robert D. Kurnick_____
      Robert D. Kurnick