# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIOTTE PARTICK COLEMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 1:05CV01206<br>INTERNATIONAL BROTHERHOOD )<br>OF ELECTRICAL WORKERS, )<br>)<br>Defendant, )<br>_____) | |

## ORDER

The motion of defendant International Brotherhood of Electrical Workers ("IBEW") for an extension of time is hereby granted. The IBEW shall have until thirty days after an amended complaint is filed to answer or otherwise move.

_____
United States District judge