UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIOTTE PATRICK COLEMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1206 (RCL) |
| ) | |
| **INTERNATIONAL BROTHERHOOD** ) | |
| **OF ELECTRIC WORKERS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

Upon consideration of the defendant's Motion [6] for Extension of Time in which to file an answer to the complaint, it is hereby

ORDERED that the defendant's Motion [6] for Extension of Time is GRANTED; and it is further

ORDERED that the defendant must file its answer no later than thirty (30) days after the plaintiff files an amended complaint.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, August 18, 2005.