UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIOTTE PARTICK COLEMAN, )<br>)<br>        Plaintiff, )<br>)<br>        v. )<br>)<br>INTERNATIONAL BROTHERHOOD )<br>OF ELECTRICAL WORKERS, )<br>)<br>        Defendant. )<br>_____) | Case No. 1:05-CV-1206 (RCL) |

**DEFENDANT INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS' MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7 of the Civil Rules of this Court, defendant International Brotherhood of Electrical Workers ("IBEW") hereby moves to dismiss the plaintiff's amended complaint. As demonstrated in the memorandum of points and authorities submitted in support of this motion, the amended complaint fails to state a claim against the IBEW on which relief can be granted.

The complaint alleges in substance that the plaintiff's employer, the Potomac Electric Power Company ("Pepco"), retaliated against him for engaging in activities protected by Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq.*, and the D.C. Human Rights Act, D.C. Code Ann. 2-1401,01 *et seq.*, and that the IBEW aided and abetted Pepco, and breached the duty of fair representation, by failing to provide him with adequate representation. As the amended complaint shows, however, the

IBEW did not represent the plaintiff and was not a party to the collective bargaining agreement under which he was employed.  The IBEW therefore had neither a duty nor the ability to take any action on plaintiff's behalf with respect to his employer.  For this and for the other reasons described in the IBEW's supporting memorandum, plaintiff has failed to state a cognizable claim against the IBEW and his amended complaint should therefore be dismissed.

Pursuant to Rule 7(f) of the Civil Rules of this Court, the IBEW requests that the Court conduct an oral argument on this motion.

/s/ Robert D. Kurnick
Robert D. Kurnick, D.C. Bar No. 243683
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
900 Seventh Street, N.W., Suit 1000
Washington, D.C. 20001
(202) 785-9300