UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIOTTE PARTICK COLEMAN, )<br> )<br>   Plaintiff, )<br> )<br>  v. )<br> )<br>INTERNATIONAL BROTHERHOOD )<br>OF ELECTRICAL WORKERS, )<br> )<br>   Defendant. )<br>_____) | Case No. 1:05-CV-1206 (RCL) |

**ORDER**

Upon consideration of defendant's motion to dismiss for failure to state a claim upon which relief can be granted, it is hereby

ORDERED, that the defendant's motion is GRANTED and plaintiff's amended complaint is hereby dismissed with prejudice.

SO ORDERED.

                _____
                United States District Judge