UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIOTTE PARTICK COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BROTHERHOOD<br>OF ELECTRICAL WORKERS,<br><br>　　　　　Defendant. | Case No. 1:05-CV-1206 (RCL) |

**DECLARATION OF LAWRENCE F. NEIDIG, JR.**

LAWRENCE F. NEIDIG, JR. hereby declares as follows:

1. I am the Senior Executive Assistant to the International President and International Secretary-Treasurer of the International Brotherhood of Electrical Workers. I have held that position since May 1, 2002. My office is located at 900 Seventh Street, N.W., Washington, D.C. 20001, in the headquarters of the International Brotherhood of Electrical Workers ("IBEW").

2. When legal charges or complaints – including charges filed with the Equal Employment Opportunity Commission ("EEOC") – are served on the IBEW, either by hand or by mail, they are generally routed to my office for appropriate distribution within the IBEW and to its attorneys.

3. To my knowledge, the IBEW has never been served with any charge of discrimination filed by Elliotte Patrick Coleman with the EEOC. I do not recall

receiving such a charge. My staff has searched the files of the IBEW and has been unable to locate such a charge or any record of such charge.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2005

*Lawrence F. Neidig, Jr.*
Lawrence F. Neidig, Jr.