UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIOTTE PATRICK COLEMAN
2730 Knox Terrace, S.E.
Washington, D.C. 20020

Plaintiff,

v.                                              Civil Action No.: 05-1206 (RCL)

THE INT. BRO. OF ELECTRICAL WORKERS
900 7TH STREEET, N.W.
WASHINGTON, D.C. 20001
Attn: Edwin Hill

Defendant.

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Elliotte Patrick Coleman respectfully requests that the Court grant a brief extension of time, through February 2, 2006, to answer or otherwise respond to Defendant's Motion to Dismiss. On or about January 11, 2006 Defendant filed its motion. By Order dated January 12, 2006 the Court ordered Plaintiff to respond within 14 days of Defendant's dispositive motion or the Court will treat the motion as conceded and may dismiss the case.

On January 18 Plaintiff contacted the U.S. Equal Employment Opportunities Commission ("EEOC") and requested documentation contained within its case file relative to this action under the Freedom of Information Act. The documentation Plaintiff requested is essential and will enable him to adequately respond to the primary argument(s) raised by Defendant within its motion. Although applicable statutes allow the EEOC 20 days to respond to Plaintiff's request, it has informed him that it will expedite the request. This is Plaintiff's first request for an extension in this case, and neither Defendant nor the Court will be prejudiced by the 7 day extension.

Plaintiff contacted Defendant's counsel who agreed to the 7 day extension. A proposed Order is attached.

RECEIVED
JAN 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## POINTS AND AUTHORITIES IN SUPPORT HEREOF

Federal Rule of Civil Procedure 6(b).

The Record herein.

Respectfully submitted,

Elliotte Patrick Coleman
Plaintiff Pro Se
2730 Knox Terrace, SE
Washington, DC 20020
(202) 714-7961

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Enlargement of Time was served by first-class U.S. mail on this 25th day of January, 2006 on:

>Robert D. Kurnick
>900 7th Street, NW Suite 1000
>Washington, DC 20001

_____
Elliotte Patrick Coleman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIOTTE PATRICK COLEMAN
2730 Knox Terrace, S.E.
Washington, D.C. 20020

Plaintiff,

vi.                                        Civil Action No.: 05-1206 (RCL)

THE INT. BRO. OF ELECTRICAL WORKERS
900 7TH STREEET, N.W.
WASHINGTON, D.C. 20001
Attn: Edwin Hill

Defendant.

## ORDER

Upon consideration of the Motion for Enlargement of Time to Answer of Otherwise Respond to Amended Complaint, and the entire record herein, it is hereby

ORDERED that the Motion for Enlargement of Time Be, and the same hereby is, GRANTED; and it is further

ORDERED that the Plaintiff has through February 2, 2006 to answer or otherwise respond to the Motion to Dismiss herein.

SO ORDERED THIS _____ DAY OF _____, 2006

_____
The Honorable Royce C. Lamberth
United States District Court Judge