UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 FEB -2 PM 8: 40

NANCY M.
MAYER-WHITTINGTON
CLERK

ELLIOTTE PATRICK COLEMAN
2730 Knox Terrace, S.E.
Washington, D.C. 20020

Plaintiff,

v.                                          Civil Action No.: 05-1206 (RCL)

THE INT. BRO. OF ELECTRICAL WORKERS
900 7TH STREEET, N.W.
WASHINGTON, D.C. 20001
Attn: Edwin Hill

Defendant.

### PLAINTIFF'S REQUEST FOR LEAVE TO AMENED COMPLAINT

Pursuant to Local Rule of Civil Procedure 7.1(i) Plaintiff Elliotte Patrick Coleman respectfully moves to the Court for leave to file an amended complaint. Through no fault of his own, it appears that he named the wrong Defendant in this action. Plaintiff has attached the amended pleading.

### POINTS AND AUTHORITIES IN SUPPORT THEREOF

Local Rule of Civil Procedure 7.1(i).

The Record herein.

Respectfully submitted

Elliotte Patrick Coleman
2730 Knox Terrace, SE
Washington, DC 20020
(202) 714-7961

RECEIVED
FEB 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Leave to Amend Complaint was served by first-class U.S. mail on this 2nd day of February, 2006 on:

> Robert D. Kurnick
> 900 7th Street, NW Suite 1000
> Washington, DC 20001

_____
Elliotte Patrick Coleman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIOTTE PATRICK COLEMAN
2730 Knox Terrace, S.E.
Washington, D.C. 20020

Plaintiff,

           v.           Civil Action No.: 05-1206 (RCL)

THE INT. BRO. OF ELECTRICAL WORKERS
900 7TH STREEET, N.W.
WASHINGTON, D.C. 20001
Attn: Edwin Hill

Defendant.

### ORDER

Upon consideration of the Plaintiff's Request for Leave to Amend Complaint, the Amended Complaint, and the entire record herein, it is hereby

ORDERED that the Request for Leave to Amend Complaint, and the same hereby is, GRANTED.

SO ORDERED THIS _____ DAY OF _____, 2006

                                                          _____
                                                          The Honorable Royce C. Lamberth
                                                          United States District Court Judge