EXHIBIT A

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **100-2003-00694** |
| | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| **Mr. Ellliotte P. Coleman** | **(202) 889-1683** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **2730 Knox Terrace, S.E. Washington, DC 20020** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **INT'L BROTHERHOOD OF** | **Unknown** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **Electrical Workers 1300 Mercantile Lane, Suite 20 Largo, MD 20774** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE

Earliest **06-09-2003**    Latest **06-09-2003**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I am a member of the above-named Union. Although the Union has represented me in the past, it has done so in a manner to conceal my employer's deliberate attempt to harass me in reprisal for filing an EEOC complaint of employment discrimination in May 2000.

Most recently, on June 9, 2003, I contacted the Union to file a grievance based on a disciplinary action my employer issued regarding my time and attendance. Although the Union contract states that the Union has five (5) days to file the complaint, as of June 20, 2003, the Union has not filed the grievance on my behalf.

II. RESPONDENT'S REASON FOR ADVERSE ACTIONS: No specific reason has been given.

III. I believe that the Union refused to file my June 9, 2003 complaint because of my previous complaints of employment discrimination and disability, in violation of Section 503(a) of Title I of the Americans With Disabilities Act of 1990. *EPC*

IV. *Union has constantly failed to process grievances in accordance with Contract Agreement between the Company and Local 1900.*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above Charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Jul 18, 2003**    *Ellliotte P. Colema* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date    Charging Party Signature | *07/19/2003* |

EXHIBIT B



# LOCAL UNION #1900

### OF THE

## INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

1300 Mercantile Lane • Suite 202 • Largo, Maryland 20774
Office: (301) 322-6030 • Fax: (301) 322-6181

Representing the Employees of
Potomac Electric Power Company, Mirant Mid-Atlantic and Frederick Gas Company

*Proudly Serving Our Nation's Capital*

**John A. Coleman**
President/Financial Secretary
Business Manager

Vice President
Business Representative

**Charles A. Black**
Treasurer
Business Representative

**Dennis B. Zimmerman**
Recording Secretary

September 4, 2003

Silvio Fernandez, Acting Director
U.S. Equal Employment Opportunity Commission
Washington Field Office
1400 "L" Street, N.W., Suite 200, Room 400
Washington, D.C. 20005

RE: EEO Charge #100-2003-00694 –
Elliotte P. Coleman

Dear Acting Director Fernandez:

This is in response to the above-referenced complaint filed with your office on July 19, 2003 by Mr. Elliotte P. Coleman. Mr. Coleman stated in his complaint that the Union has consistently failed to process grievances in accordance with the Collective Bargaining Agreement between the Company, (PEPCo), and Local 1900, IBEW, (Union). This statement could not be farther from the truth.

On February 5, 2001, as a part of the Positive Discipline Policy of PEPCo, Mr. Elliotte Coleman was placed on a Decision Making Leave, (DML) under the category of Conduct and Safety. In turn, the Local filed a grievance, #01-12, on his behalf on February 7, 2001. This grievance, going through the steps of the grievance process, ended up being submitted to Expedited Arbitration. However, in the interim Mr. Coleman was terminated, by the Company, on January 14, 2002 at which time the Union filed another grievance #02-05 on his behalf.

On March 13, 2002 I, personally, arbitrated case #01-12 and was successful in getting Mr. Coleman's employment reinstated as of April 10, 2002, with full back pay, making him whole for all lost wages and benefits. As a result of this successful arbitration award, the grievance filed on his termination, (#02-05), was withdrawn by the Union.

On April 1, 2002 the Company decided to circumvent the Arbitrator's Award and reinstate Mr. Coleman to full duty on a Decision Making Leave, (DML), instead of reinstating him with a clear record. This action, by the Company, was again grieved by

the Union in grievance #02-24. As a result of this grievance, the discipline was rescinded, expunged, and all accounts were removed from Mr. Coleman's personnel file.

On January 24, 2003, the Union filed grievance #03-13 on Mr. Coleman's behalf because of discrepancies he found in his behavioral diaries which are kept by PEPCo supervisors. Be advised that this grievance is still active.

On March 13, 2003 Mr. Coleman received, under Positive Discipline with PEPCo, a Written Reminder for Attendance. The Union once again filed grievance #03-31 on March 14th, 2003 on Mr. Coleman's behalf. Be advised that this grievance is still active.

This will bring us to the issue of Mr. Coleman's complaint regarding the Union not having filed a grievance on the most recent disciplinary action given to him by his employer, PEPCo.

On June 12, 2003 Mr. Coleman contacted me, personally, to inform me that the Company had given him another Decision Making Leave, (DML), for Attendance and asked me to file a grievance for him. I requested that he send me the information on the DML and when I received it I would file the grievance for him. Mr. Coleman faxed the information to my office and a President's Grievance #03-45 was filed on his behalf on June 18, 2003. Be advised that this grievance is still active.

As you can see to date Mr. Coleman has three (3) outstanding grievances. The Union has been trying to schedule these grievances for the past two (2) months. Furthermore, Mr. Joseph Hawkins, one of my Business Representatives for the Union has tried to meet with Mr. Coleman to discuss these active cases. I have enclosed a statement from Mr. Hawkins regarding this situation.

In closing, I can only hope that all that has been written and supplied to you will clear up this matter. If I can be of any further assistance, please feel free to contact me or my office.

Sincerely,

John A. Coleman, Business Manager
President/Financial Secretary
IBEW Local Union 1900

ENCLOSURES
JMP/JAC/jl
Cc: Office (2)

CERTIFIED: 7002 0460 0000 3331 9952
Return Receipt Requested

EXHIBIT C

# CHARGE QUESTIONNAIRE

| | EOC Use Only | Name (Intake Officer) |
|---|---|---|

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on back before completing this form.

Please answer the following questions, telling us briefly why you believe you have been discriminated against in employment. An officer of the EEOC will talk with you after you complete this form.

**Date of Birth:** 07/06/62

**Social Security Number** 242 - 87 - 8128

(Please Print)

**NAME** Elliotte Patrick Coleman
(First) (Middle Name or Initial) (Last)

**DATE** 11/04/04

**ADDRESS** 2730 Knox Terrace, S.E.

**TELEPHONE NO.** (include area code) (202) 889-1683

**CITY** Washington **STATE** DC **ZIP** 20020 **COUNTY**

Please provide the name of an individual at a different address in your local area who would know how to reach you.

**NAME** Belfred Dickens **RELATIONSHIP** Family Friend **PHONE** (202) 723-3225

**ADDRESS** 1513 Allison St, NW **CITY** Washington **STATE** DC **ZIP** 20011

I believe I was discriminated against by: (Check those that apply)

☐ **EMPLOYER**   ☒ **UNION (Give Local No.)**   ☐ **EMPLOYMENT AGENCY**   ☐ **OTHER (Specify)**

APPROX NO. EMPLOYED BY THIS EMPLOYER    Over 50

**NAME** Mr. John Coleman
**ADDRESS** IBEW Local 1900
1300 Mercantile Lane, # 200
**CITY, STATE, ZIP** Largo Md 20774

**NAME**
**ADDRESS**
**CITY, STATE, ZIP**

[stamp: 2004 NOV -1 WASHINGTON FIELD OFFICE]

If you checked "Employer" above, are you now employed by the Employer that you believed discriminated against you?

Yes: From _____ (date)   NO: I applied for _____ (position) on _____ (Date)   OR: I was employed as _____ (position) until _____ (date) _____ (laid off, fired, etc.)

(current position)

What action was taken against you that you believe to be discriminatory? What harm, if any, was caused to you or others in your work situation as a result of that action? (if more space is required, use reverse.)

In May 2000 I filed a Charge against Employer Pepco. Pepco subsequently began to retaliate. Acts of retaliation included, but was not limited to; January 2002 wrongful termination & March 2004 wrongful termination. Local 1900 (Union) aided and abetted Pepco's acts of retaliation by failing to enforce provisions of contract agreement, repeatedly attempting to cancel Pepco's malicious acts of harassment/retaliation, withholding eyewitness testimony and in other ways attempting to obstruct my efforts to oppose Pepco's acts of retaliation & harassment.

**WHAT WAS THE MOST RECENT DATE THE HARM YOU ALLEGED TOOK PLACE?** August 10, 2004

Form 283 (10/94)

Do you believe this action was taken against you because of: (check the one(s) that apply: Race( ✓ ) Sex( ) Color( ) Religion( ) National Origin( ) Age( ) Disability( ✓ ) Other (explain) ✓

For each one you checked above, please specify the particular race, sex, etc. that pertains to you. If you checked any block(s) above, explain why. If you did not check any block, explain the reason(s) why you believe the action was taken against you.

I am a black male. Local 1900 has repeatedly cooperated with Pepco as it has treated black by more stringent standards of discipline than whites.

Pepco has repeatedly acted in retaliation by harassing me. Union has aided this action by refusing to enforce the contract agreement and by attempting to conceal Pepco's wrongdoing. Additionally, it has cooperated with Pepco as it has held blacks to separate and unequal standard than whites.

Normally, your identity as a complainant will be disclosed to the organization which allegedly discriminated against you.
Do you [ ✓ ] consent or [ ] not consent to such disclosures?

Have you sought assistance about the action you think was discriminatory from any agency, from your union, an attorney, or from any other source? [ ✓ ] No [ ] Yes (If answer is yes, complete below.)

NAME OF SOURCE ASSISTANCE _____ DATE _____
RESULTS IF ANY: _____

Have you filed a complaint about the action you think was discriminatory with any other Federal, State, or Local Government Anti-discrimination agency? [ ✓ ] No [ ] Yes (If answer is yes, complete below.)

NAME OF SOURCE ASSISTANCE _____ DATE _____
RESULTS IF ANY: _____

Have you filed an EEOC Charge in the past? [ ] No [ ✓ ] Yes (If answer is yes, complete below)
APPROX. DATE FILED May 2004    ORGANIZATION CHARGED Pepco    CHARGE NUMBER (IF KNOWN)

I declare under penalty of perjury that the foregoing is true and correct.
SIGNATURE _____    DATE 11/04/04

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
FORM NUMBER/TITLE/DATE. EEOC Form 283, Charge Questionnaire (12/93).
AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to charging parties in consideration of or in connection with litigation.
WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.

Reverse Side of Form 283 (10/94)

EXHIBIT D

Discrimination Based On:  (1) Retaliation and (2) Race.

Dates Discrimination Took Place:  Earliest – February 9, 2001
　　　　　　　　　　　　　　　　　　　Latest – August 10, 2004

The Particulars Are:

I.　　I am a member of the above named Union (Local 1900).  Although the Union has represented me in the past, it has done so in a manner to conceal my employers deliberate acts of retaliation and harassment in reprisal for filing an EEOC complaint of employment discrimination in May 2000, in July 2002, in June 2004 and in other ways expressing good faith opposition to acts I reasonably believed to be discriminatory.

II.　　RESPONDENT'S REASON FOR ADVERSE ACTION:  No specific reason has been given.

III.　　The Union has constantly failed to process grievances in accordance with the Contract Agreement between the Company and Local 1900, and in other ways ~~enforcing~~ the contract.
　　　　*Enforce*

IV.　　The Company maintains a practice of discriminating against blacks.  While being fully aware of these practices, the Union has cooperated with the Company in maintaining these practices

V.　　The Company maintains a practice of retaliating against and harassing employees who assert rights afforded them under Title VII.  While being fully aware of these practices, the Union has cooperated with the Company in maintaining these practices.

VI.　　I believe that the Union has engaged in conduct ~~actions as~~ described above because of my previous complaints of employment discrimination and disability, in violation of Section 503(a) of Title 1 of the Americans With Disabilities act of 1990.

EXHIBIT E

# **Screening Sheet**

Screener: Kevin _____ Date: 11/4/04 _____ Supervisor, as needed _____

Charging Party: Elliotte Coleman _____ Respondent Union (Local 1900)

A.    Jurisdictional Items

    1.    Has Potential Charging Party (PCP) filed with another EEOC Office, a FEPA, or ano

        agency? No ____. If so, when and where PCP has filed with EEOC and NLRB in the past

    2.    Respondent's number of employees 50+

    3.    Date(s) of harm 8/10/04 _____

        Where relevant, 180 days potential limitation explained _____

    4.    Situs of harm: MD _____

    5.    Statute(s) Title VII _____ Basis/Bases Race & Retaliation

        Issue(s) _____

B.    Is there evidence of discrimination? Yes _____ No _____. Explain and analyze evidence

    below PCP filed a grievance with the Union on several occasions. PCP stated
that Chief Steward attended meetings between PCP and Rep; and told him that
he had a legitimate complaint. Then when it was time for Arbitration the
Chief Steward did not remember anything that went on in previous meetings
and did not show up for Arbitration.

C.    Recommendation ----

    1.    Assign for intake interview with : ISA _____ Investigator _____

    2.    Refer to _____ for assistance

D.    Comments or special circumstances to note: _____

EXHIBIT F

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 100-2005-00111 |

|  | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Elliotte P. Coleman | (202) 889-1683 | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 2730 Knox Terr., S.E. Washington, DC 20020 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| INT'L BROTHERHOOD OF ELECTRICAL WK | 15 - 100 | (301) 967-5227 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 1300 Mercantile Lane, Suite 20, Largo, MD 20774 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | 02-09-2001 | 08-10-2004 |
| ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | ☒ CONTINUING ACTION | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I am a member of the above named Union (Local 1900). Although the Union has represented me in the past, it has done so in a manner to conceal my employers deliberate acts of retaliation and harassment in reprisal for filing an EEOC complaint of employment discrimination in May 2000, in July 2002, in June 2004 and in other ways expressing good faith opposition to acts I reasonably believed to be discriminatory. The Union has constantly failed to process grievances in accordance with the Contract Agreement between the Company and Local 1900, and in other ways enforce the contract. The Union has cooperated with the Company in maintaining a practice of retaliating against and harassing employees who assert rights afforded to them.

II. RESPONDENT'S REASON FOR ADVERSE ACTION:   No specific reason has been given.

III. I believe that I have been discriminated against on the basis of race and retaliated against, in violation of Title VII of the Civil Rights Act as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Nov 05, 2004       *[signature]* Elliotte P. Coleman | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date       Charging Party Signature | |

EXHIBIT G

EEOC Form 161-B (10/96)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Elliotte P. Coleman
   22730 Knox Terrace, S.E.
   Washington, DC  20020

From:    U.S. Equal Employment Opportunity Commission
             Baltimore District Office
             10 S. Howard Street, 3rd Fl.
             Baltimore, Maryland 21201

[    ]  *On behalf of person(s) aggrieved whose identity is*
      *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. & Respondent's Name | EEOC Representative | Telephone No. |
|---|---|---|
| 100-2005-00111 International Brotherhood of Elec. Workers | Judy W. Cassell, Enforcement Supervisor | (410) 962-5635 |

*(See also the additional information attached to this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[    ]  More than 180 days have passed since the filing of this charge.

[  x  ]  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[  x  ]  The EEOC is terminating its processing of this charge.

[    ]  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[    ]  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[    ]  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for **any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Marie M. Tomasso, District Director (Acting)

MAR 0 1 2005

Enclosure(s)

*(Date Mailed)*

cc:  John A. Coleman, President
     International Brotherhood of Electrical Workers
     1300 Mercantile Lane, Suite 20
     Largo, Maryland  20774