AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Elliotte Patrick Coleman

        Plaintiff(s)    )
                              )    **APPEARANCE**

              vs.    )    CASE NUMBER   05-1206 (RCL)
Local Union 1900 of the International    )
Brotherhood of Electrical Workers    )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Robert D. Kurnick   as counsel in this
                                (Attorney's Name)

case for:   Local Union 1900 of the International Brotherhood of Electrical Workers
                          (Name of party or parties)

June 27, 2006
Date

*/s/ Robert D Kurnick*
Signature   Sherman Dunn Cohen Leifer & Yellig PC
Robert D. Kurnick
Print Name

D.C. Bar No. 243683
BAR IDENTIFICATION

900 7th Street, N.W., Suite 1000
Address

Washington, D.C. 20001
City    State    Zip Code

(202) 785-9300
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June 2006 I have mailed a copy of the foregoing Notice of Appearance to:

Elliotte Patrick Coleman
2730 Knox Terrace, S.E.
Washington, D.C. 20020

_____
Robert D. Kurnick