UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELLIOTTE PARTICK COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 05-1206 (RCL) |
| LOCAL UNION 1900 OF THE | ) | |
| INTERNATIONAL BROTHERHOOD | ) | |
| OF ELECTRICAL WORKERS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**DEFENDANT LOCAL UNION 1900 OF THE INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS' MOTION FOR
EXTENSION OF TIME TO ANSWER OR MOVE**

Defendant Local Union 1900 of the International Brotherhood of Electrical Workers ("Local 1900") hereby requests an extension of 21 days to file either an answer or motion in response to the plaintiff's second amended complaint. That complaint was served on June 13, 2006. An answer is currently due on July 3, 2006. If this motion is granted, the answer would be due on July 24, 2006.

The second amended complaint added Local 1900 as a party to this case. Local 1900 is seeking the extension because it needs additional time to investigate the allegations in the complaint and to prepare an appropriate and adequate response. This motion constitutes Local 1900's first request for an extension of time. Undersigned counsel for Local 1900 has contacted the *pro se* plaintiff, Elliotte Coleman, who has agreed to Local 1900's requested extension.

A proposed order is attached to this motion.

   /s/ Robert D. Kurnick
Robert D. Kurnick
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
900 Seventh Street, N.W., Suit 1000
Washington, D.C. 20001
(202) 785-9300

Attorney for Defendant Local Union 1900 of the International Brotherhood of Electrical Workers

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of June 2006 I have mailed a copy of the foregoing Motion for Extension of Time to Answer or Move to:

Elliotte Patrick Coleman
2730 Knox Terrace, S.E.
Washington D.C. 20020

     /s/ Robert D. Kurnick
Robert D. Kurnick