UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELLIOTTE PARTICK COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 05-1206 (RCL) |
| LOCAL UNION 1900 OF THE | ) | |
| INTERNATIONAL BROTHERHOOD | ) | |
| OF ELECTRICAL WORKERS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**ORDER**

The motion of defendant Local Union 1900 of the International Brotherhood of Electrical Workers ("Local 1900") for an extension of time is hereby granted. Local 1900 shall have until July 24, 2006 to answer or otherwise move.

_____
United States District Judge