**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _____Columbia_____

TO:
Local 1900 of Int'l. Brotherhood of
Electrical Workers
1300 Mercantile Lane, Ste. 2020
Largo, MD 20774

Civil Action, File Number __05-1206 RCL__

__Elliotte P. C̶̶̶̶̶__
V.
__Inter'l. Brotherhood of Electrical Wkrs.__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

[Domestic Return Receipt attached, PS Form 3811, February 2004]
- 05-1206  6-9-06
- Article Addressed to: Local 1900 of Int'l. Brotherhood Electrical Workers, Largo, MD 20774
- Article Number: 7004 2510 0003 7140 4835
- Received by (Printed Name): John Holt
- Date of Delivery: 6/15
- Service Type: Certified Mail, Registered

...behalf you are being served) must answer the ... by default will be taken against you for the ...

...t of Summons and Complaint By Mail was...

...MS Official)

...COMPLAINT
...omplaint in the above captioned manner at

...and Street Name or P.O. Box No.

Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

RECEIVED
JUN 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense