UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIOTTE PARTICK COLEMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOCAL UNION 1900 OF THE ) <br> INTERNATIONAL BROTHERHOOD ) <br> OF ELECTRICAL WORKERS ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:05-CV-1206 (RCL) |

**ORDER**

Upon consideration of defendant's motion to dismiss for failure to state a claim upon which relief can be granted, it is hereby

ORDERED, that the defendant's motion is GRANTED and plaintiff's amended complaint is hereby dismissed with prejudice.

SO ORDERED.

_____
United States District Judge