UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 AUG 24 PM 0:38
NANCY M.
MAYER-WHITTINGTON
CLERK

ELLIOTTE PATRICK COLEMAN

    Plaintiff,

    v.                                      Civil Action No. 05-1206 (RCL)

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS

    Defendant.

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND DEFENDANT'S MOTION TO DISMISS

By Order dated August 10, 2006 the Court informed Plaintiff Ellliotte Patrick Coleman of the consequences were he to fail to respond to Defendant Local 1900 of The International Brotherhood of Electrical Worker's ('Local 1900) Motion to Dismiss within fourteen (14) days of the Order. Plaintiff respectfully requests that the Court grant him a brief extension of time, through September 14, 2006, to answer or otherwise respond to the motion. Due to the press of other matters Plaintiff requires a short extension of time. This is Plaintiff's first request for an extension in this case and neither Defendant or the Court will be prejudiced by the brief extension.

Plaintiff contacted Defendant's counsel on August 23, 2006 to seek approval for the extension. It provided its approval.

A proposed Order is attached.

RECEIVED
AUG 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## POINTS AND AUTHORITIES IN SUPPORT HEREOF

Federal Rule of Civil Procedure 6(b).

The Record Herein.

Respectfully submitted,

*/s/ Elliotte P. Coleman*

Elliotte Patrick Coleman
2730 Knox Terrace, SE
Washington, DC 20020
(202) 714-7961

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Enlargement of Time was served by first-class mail U.S. mail, postage pre-paid, on this 24th day of August, 2006 on:

>Robert D. Kurnick
>900 7th Street, NW Suite 1000
>Washington, DC 20001

Elliotte Patrick Coleman