UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIOTTE PATRICK COLEMAN

Plaintiff,

v.                                   Civil Action No. 05-1206 (RCL)

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS

Defendant.

### ORDER

Upon consideration of the Motion of Enlargement of Time to Answer or Otherwise Respond to Defendant's Motion to Dismiss, it is hereby

ORDERED that the Motion for Enlargement of Time Be, and the same hereby is, GRANTED; and it is further

ORDERED that Plaintiff has Plaintiff has through September 14, 2006 to answer or Otherwise respond to the Motion to Dismiss herein.

SO ORDERED THIS _____ DAY OF _____, 2006.

_____
The Honorable Royce C. Lamberth
United Stated District Court Judge