UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELLIOTTE PATRICK COLEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BROTHERHOOD<br>OF ELECTRICAL WORKERS,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1206 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

For the reasons stated in the accompanying Memorandum and in the Memorandum and Order of June 2, 2006, it is

ORDERED that Local Union 1900's motion to dismiss [Dkt. No. 23] is GRANTED as conceded; and it is

FURTHER ORDERED that this case is DISMISSED.  This is a final appealable Order.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____s/_____
　　　　　　　　　　　　　　　　　　　　Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: December 7, 2006