UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIOTTE PATRICK COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1206 (RCL) |
| ) | |
| INTERNATIONAL BROTHERHOOD ) | |
| OF ELECTRICAL WORKERS, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM

By Order of August 10, 2006, plaintiff was given 14 days in which to respond to the motion to dismiss brought on behalf of Local Union 1900 of the International Brotherhood of Electrical Workers ("IBEW"). He was advised that his failure to comply could result in the motion being treated as conceded and the case dismissed. On September 5, 2006, the Court granted plaintiff's motion to enlarge his response time to September 14, 2006. Plaintiff has not filed a response or sought additional time to do so. The Court therefore will grant Local Union 1900's motion as conceded and will now dismiss the case. *See* Memorandum and Order (June 2, 2006) (dismissing the complaint against the IBEW). A separate Order accompanies this Memorandum.

                                                        _____s/_____
                                                        Royce C. Lamberth
                                                        United States District Judge

Date: December 7, 2006